**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 08-6803**

---

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

FREDDY S. CAMPBELL,

              Defendant - Appellant.

---

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston. Robert C. Chambers, District Judge. (2:05-cr-00120-1)

---

Submitted: September 11, 2008    Decided: September 17, 2008

---

Before WILKINSON and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Freddy S. Campbell, Appellant Pro Se. John J. Frail, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Freddy S. Campbell appeals the district court's order denying his motions to review the Government's refusal to move for a sentence reduction based on substantial assistance and for an evidentiary hearing. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Campbell, No. 2:05-cr-00120-1 (S.D.W. Va. Apr. 10, 2008). We deny Campbell's motion for a transcript at Government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED